UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS MONTIJO VAZ,<br><br>                 Plaintiff,<br><br>   -against-<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>                Defendant. | 25-CV-9314 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The October 1, 2025 Standing Order staying certain deadlines in civil cases where the Government is a party is no longer in effect.

The Electronic Certified Administrative Record is due by **January 12, 2026**. Plaintiff's brief in support shall be filed by **February 11, 2026.** The Government's opposition shall be filed by **March 13, 2026.** Plaintiff's reply brief shall be filed by **March 27, 2026.**

DATED:  November 19, 2025
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**

United States Magistrate Judge