

**THE
LEGAL AID
SOCIETY
CIVIL**

Violeta Arciniega
Civil Practice
Bronx Neighborhood Office
260 E 161st Street
Bronx, NY 10451
T: 718-579-8157
C: 646-647-5141
F: 646-616-4071
www.legal-aid.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Attorney–in–Charge*
Civil Practice

Kat Meyers
*Attorney-in-Charge*
Bronx Neighborhood Office

February 3, 2026


Hon. Robyn F. Tarnofsky
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312


**RE: LUIS MONTIJO VAZ V. BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,
1:25-CV-09314-VSB-RFT**


Dear Judge Tarnofsky:

This Office represents Mr. Montijo Vaz, the plaintiff in this action. I write respectfully to request an extension of the briefing schedule.

Pursuant to your November 19, 2025, Order, our motion for judgment on the pleadings is due February 11, 2026; the defendant's response is due March 13, 2026; and our reply, if any, is due March 27, 2026.

In order to properly complete our assessment and memorandum of law, I write respectfully to request a 30-day extension of the date by which the motion is due, to March 13, 2026; a corresponding extension of the date by which the defendant must respond, to May 12, 2026; and a corresponding extension of the date by which we must file a reply, if any, to May 26, 2026.

This is our first request for an extension, and the defendant has kindly consented to this request.

Application GRANTED. Plaintiff's deadline to file a motion on the pleadings is extended until **March 13, 2026.** Defendant's deadline to file an opposition is extended until **May 12, 2026.** Plaintiff's deadline to file a reply is extended until **May 26, 2026.**

The Clerk of Court is respectfully requested to terminate ECF 10.


Dated: February 3, 2026
        New York, NY

SO ORDERED

*Robyn Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE


**Justice in Every Borough.**

Montijo Vas v. Bisignano, Commissioner of
Social Security, 1:25-CV-09314-VSB-RFT

February 3, 2026

Page 2

Thank you for your consideration of this matter.

Respectfully,

**Violeta Arciniega, Esq.**
(VA0521)
Of Counsel

_____

The Legal Aid Society
260 E 161st St
8th Floor
Bronx, NY 10451
Tel.: 646-647-5141
Fax: 646-616-4071
Email: varciniega@legal-aid.org

**Justice in Every Borough.**